IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY D. DUNN,

        Petitioner,                      No. CIV S-06-1659 MCE PAN P

    vs.

USA, et al.,

        Respondents.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Petitioner, an individual in state custody who is awaiting trial on federal criminal charges pending in this court in Case No. CR 05-0453 WBS[1], has filed an application for habeas corpus relief on a California state court form application for a writ of habeas corpus.[2] Petitioner has paid the filing fee of $5.00 for a habeas corpus action. <u>See</u> 28 U.S.C. § 1914(a).

/////

---

[1] A court may take judicial notice of court records. <u>See</u> <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

[2] Petitioner's address of record is the Stanislaus County Public Safety Center in Modesto, California. Records in petitioner's federal criminal case indicate that petitioner has been returned to San Quentin State Prison. Good cause appearing, the Clerk of the Court will be directed to serve a copy of this order and findings and recommendations on petitioner at both places. Petitioner is cautioned that he is required to keep the court informed of his current address. <u>See</u> Local Rule 83-182(f).

1

After further review of the record and good cause appearing, the court's order filed August 22, 2006, directing respondents to file an answer will be vacated, as will the court's order filed August 24, 2006, ordering intradistrict transfer of this matter to the Fresno Division of this Court.

It appears from the allegations of the application at bar that petitioner's claims are directed at the pending federal criminal prosecution. The proper forum for petitioner's claims at this stage is in the pending criminal action, not in a separate habeas action. See generally Fed.R.Crim.P. 12(a). Petitioner's collateral challenge is premature. Cf. 28 U.S.C. § 2255. See also Withrow v. Williams, 507 U.S. 680, 716 (1993) (Scalia, J., concurring in part and dissenting in part) (citations omitted) (Habeas jurisdiction extends "to federal claims for which an opportunity for full and fair litigation has already been provided in state or federal court ....") For the foregoing reasons, the court will recommend dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's order filed August 22, 2006, directing respondents to file an answer is vacated.

2. The court's order filed August 24, 2006, ordering intradistrict transfer of this case to Fresno Division of this Court is vacated. Accordingly, the Clerk of the Court is directed to reopen Case No. S-06- 1659 MCE PAN P and close Case No. F-06-1130 OWW SMS.

4. The Clerk of the Court is directed to serve a copy of this order on petitioner at his address of record and at San Quentin State Prison, San Quentin, CA 94964; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED:   August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

14/dunn1659.fr